JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Buckley,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KHS&S Group, et al.,<br><br>　　　　Defendant(s).<br>_____ | SACV 12-00334 JVS (ANx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:　May 2, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　　　　United States District Judge